IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HALL ARTS CENTER OFFICE, LLC, <br> PLAINTIFF, | § <br> § <br> § <br> § | |
| V. | § <br> § <br> § | CIVIL ACTION NO. 3:16-CV-3226-D |
| HANOVER INSURANCE COMPANY, <br> DEFENDANT. | § <br> § <br> § <br> § | [JURY DEMANDED] |

## AGREED STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT

TO THE HONORABLE JUDGE SAM A. LINDSAY:

Pursuant to Fed.R.Civ.P 41((a)(1)(A)(ii), the parties hereby jointly notify the Court that they have reached an agreement to settle this entire action. Additionally, as part of their settlement, the parties hereby stipulate to dismissal of this action with prejudice.

1. Plaintiff is Hall Arts Center Office, LLC and Defendant is The Hanover Insurance Company.

2. The Parties have reached a resolution amongst themselves as well as by and through their counsel of record. The parties have further agreed that the costs of court and attorney's fees shall be borne by the party incurring same.

3. The Parties respectfully request this Honorable Court dismiss the above-styled action as moot pursuant to F.R.C.P. 41(a)(1)(A)(ii) and remove this matter from the docket.

4. This case is not a class action under the Federal Rule of Civil Procedure 23, a derivative action under rule 23.1, or an action related to an association under Rule 23.2.

5. This dismissal is with prejudice to the re-filing of suit.

Dated this 25th day of November, 2020.

Respectfully submitted,

By: /c/ Constantine Z. Pamphilis
 Constantine Z. Pamphilis
 ATTORNEY-IN-CHARGE
 State Bar No. 00794419
 KASOWITZ BENSON TORRES, LLP
 1415 Louisiana Street, Suite 2100
 Houston, Texas 77002
 Telephone: (713) 220-8800
 Facsimile: (713) 222-0843
 Email: DPamphilis@kasowitz.com
 ~and~
 Jeffrey M. Tillotson
 State Bar No. 20039200
 TILLOTSON LAW FIRM
 1807 Ross Ave., Ste 325
 Dallas, TX 75201-8040
 Telephone: (214) 382-3040
 Email: jtillotson@tillotsonlaw.com

**ATTORNEYS FOR PLAINTIFF**

By: /s/ Peri H. Alkas
 Peri H. Alkas
 ATTORNEY-IN-CHARGE
 State Bar No. 00783536
 Federal Bar No. 15785
 PHELPS DUNBAR, LLP
 500 Dallas, Suite 1300
 Houston, Texas 77002
 Telephone (713) 626-1386
 Facsimile (713) 626-1388
 Email: peri.alkas@phelps.com
 ~and~

 Local Counsel:
 Paige C. Jones Texas Bar No. 24054609
 PHELPS DUNBAR, LLP
 115 Grand Avenue, Suite 222
 Southlake, Texas 76092
 Telephone: (817) 488-3134
 Facsimile: (817) 488-3214
 Email: paige.jones@phelps.com

**ATTORNEYS FOR DEFENDANT**