# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **HALL ARTS CENTER OFFICE, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:16-CV-3226-L** |
| § | |
| **HANOVER INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## ORDER

Before the court is the parties' Agreed Stipulation of Dismissal Pursuant to Settlement (Doc. 240), filed November 25, 2020. As the parties have agreed to a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is dismissed as a matter of course, and no court order is required. The parties, however, request that an order of dismissal be issued, and the court enters such order pursuant to their request. Accordingly, this action and all claims are **dismissed with prejudice**, and the court **directs** the clerk of court to close this action. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 25th day of November, 2020.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**